CEM

**FILED**
**JANUARY 15, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 C 327**

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of　　　　　　　　　　　　　　　　Case Number:

JERROD SHY,
Plaintiff,
v.
CITY OF CHICAGO, ILLINOIS, et al.
Defendants.

**JUDGE SHADUR**
**MAGISTRATE JUDGE NOLAN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JERROD SHY

| | |
|---|---|
| NAME (Type or print) | |
| Katie Z. Ehrmin | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Katie Z. Ehrmin | |
| FIRM | |
| Law Office of Jeffrey B. Granich | |
| STREET ADDRESS | |
| 53 West Jackson Blvd., Suite 840 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6292120 | 312-939-9009 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓　NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓　NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓　NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓　NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐　　APPOINTED COUNSEL ☐ | |