UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case   08 C 0327 |
| Jerrod Shy, | |
| Plaintiff | |
| vs. | |
| | Judge Shadur |
| | Magistrate Nolan |
| City of Chicago, Illinois, et. al. | |
| Defendant | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Jesse Belcher and Bryan Topczewski

| | |
|---|---|
| SIGNATURE | /s/ Thomas J. Platt |
| FIRM | City of Chicago, Department of Law |
| STREET ADDRESS | 30 No. LaSalle Street - Suite 1400 |
| CITY/STATE/ZIP | Chicago, Illinois 60602 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  06181260 | TELEPHONE NUMBER  312.744.4833 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X     NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES X     NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES **X**   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES **X** NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |