IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JERROD SHY | ) | |
|     Plaintiff, | ) | No. 08 C 327 |
| | ) | |
| v. | ) | |
| | ) | Judge Shadur |
| CITY OF CHICAGO, ILLINOIS and | ) | |
| CHICAGO POLICE OFFICER | ) | |
| B.T. TOPCZEWSKI, Star #3691, and | ) | |
| CHICAGO POLICE OFFICER | ) | |
| J.W. BELCHER, Star 11304 | ) | Magistrate Nolan |
| | ) | |
|     Defendants. | ) | |

**MOTION OF DEFENDANTS TO
EXTEND TIME TO FILE ANSWER OR OTHER RESPONSIVE PLEADING**

Defendants Jesse Belcher and Bryan Topczewski, by their attorney, Thomas J. Platt, Assistant Corporation Counsel, for their Motion to Extend the Time to file their Answer or other responsive pleading to the Complaint in this cause through March 10, 2008, state as follows:

1. This matter is a case under 42 U.S.C. §1983 alleging false arrest and unlawful search. The complaint also contains claims under state law and against defendant, City of Chicago.

2. The individual officer defendants were served on January 28, 2008 (Defendant Belcher) and February 1, 2008 (Defendant Topczewski). Counsel for defendants have not had an opportunity to meet with the officers or obtain the necessary police records to prepare a responsive pleading.

3. Defendants request through March 10, 2008, to file their Answer or other responsive pleading to the complaint.

WHEREFORE, Defendants City of Chicago, Officer Jesse Belcher and Bryan

Topczewski request that this court enter an order allowing defendants through March 10, 2008 to file their Answer or other responsive pleading to the complaint in this cause.

        Respectfully submitted,

        /s/ Thomas J. Platt
        Assistant Corporation Counsel
        Attorney for individual Defendants

30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-4833
Atty. No. 06181260

        February 7, 2008.