IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JERROD SHY | ) | |
|     Plaintiff, | ) | No. 08 C 327 |
| | ) | |
| v. | ) | |
| | ) | Judge Shadur |
| CITY OF CHICAGO, ILLINOIS and | ) | |
| CHICAGO POLICE OFFICER | ) | |
| B.T. TOPCZEWSKI, Star #3691, and | ) | |
| CHICAGO POLICE OFFICER | ) | |
| J.W. BELCHER, Star 11304 | ) | Magistrate Nolan |
| | ) | |
|     Defendants. | ) | |

## NOTICE OF MOTION

To: Jeffrey Granich
Katie Z. Ehrmin
Law Officer of Jeffery Granich
53 W Jackson Blvd. Suite 840
Chicago, Illinois 60604

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Motion of Defendants to Extend Time to File Answer or other Responsive Pleading.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Milton Shadur at 9:15 a.m. on February 20, 2008, or as soon as counsel may be heard, and then and there present the above stated motion.

**DATED** at Chicago, Illinois this February 7, 2008.

## CERTIFICATE OF SERVICE

I hereby certify that I have caused true and correct copies of the above and foregoing Motion of Defendants to Extend Time to File Answer or other Responsive Pleading to be served via the electronic filing system of the Northern District of Illinois to the persons named above at the addresses therein shown, on February 7, 2008

                                                    /s/ Thomas J. Platt
30 N. LaSalle Street                             Assistant Corporation Counsel
Suite 1400
Chicago, Illinois 60602
(312) 744-4833

Case 1:08-cv-00327 Document 13 Filed 02/07/2008 Page 2 of 2