# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                    Case Number:    08 C 0327

SHY  v. CITY OF CHICAGO, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant City of Chicago

| |
|---|
| NAME (Type or print) <br> Megan K. McGrath |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> /s/ Megan K. McGrath |
| FIRM <br> Office of the Corporation Counsel, City of Chicago |
| STREET ADDRESS <br> 30 N. LaSalle, Suite 1020 |
| CITY/STATE/ZIP <br> Chicago, IL 60602 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)   TELEPHONE NUMBER <br> 06288408                                                 312-742-3541 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☐    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐    NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES ☐    NO X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ☐    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ |