IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **Jerrod Shy,** | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 327 |
| | ) | |
| v. | ) | |
| | ) | Judge Shadur |
| **City of Chicago, et al.,** | ) | |
| | ) | Magistrate Judge Nolan |
| Defendants. | ) | |

**DEFENDANT CITY OF CHICAGO'S AGREED
MOTION TO EXTEND THE TIME IN WHICH TO ANSWER
OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

Defendant City of Chicago ("City"), by its attorney Mara S. Georges, Corporation Counsel for the City of Chicago, moves for an extension of time up to and including March 10, 2008, to answer or otherwise plead to plaintiff's complaint. In support of this motion, the City states as follows:

1. On January 15, 2008, plaintiff filed his complaint alleging federal claims under 42 U.S.C. § 1983 against the City of Chicago and two Chicago Police Officers. The complaint also asserts Illinois state law claims against the defendants.

2. Plaintiff's complaint and summons were served on the City on or about January 17, 2008. Therefore, the City's answer was due on February 6, 2008.

3. The undersigned counsel did not receive plaintiff's complaint until February 13, 2008.

4. Since defense counsel were just recently assigned to this case, the City has not yet begun the process of investigating the allegations in plaintiff's complaint.

5. Plaintiff's counsel, Jeffrey Granich, has agreed to the City's request for an extension of time to March 10, 2008 to answer or otherwise plead to the complaint.

6. This motion is not being brought for the purpose of delay or for any other improper purpose.

7. Plaintiff will not be prejudiced if the requested extension of time is granted.

**WHEREFORE**, Defendant City of Chicago respectfully requests that this Honorable Court grant it an extension of time up to and including March 10, 2008, to answer or otherwise plead to plaintiff's complaint.

                                    Respectfully submitted,

                                    MARA S. GEORGES
                                  Corporation Counsel of the City of Chicago

BY:   /s/ Déja C. Nave
        DÉJA C. NAVE
        MEGAN McGRATH
        Assistants Corporation Counsel

30 N. LaSalle Street
Suite 1020
Chicago, IL 60602
(312) 744-6951/2-3541
Attorney No. 6275583