IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **Jerrod Shy,** | ) | |
| | ) | |
| **Plaintiff,** | ) | 08 C 327 |
| | ) | |
| v. | ) | |
| | ) | **Judge Shadur** |
| **City of Chicago, et al.,** | ) | |
| | ) | **Magistrate Judge Nolan** |
| **Defendants.** | ) | |

## NOTICE OF MOTION

TO:   Jeffrey B. Granich
      Law Offices of Jeffrey Granich
      53 West Jackson Boulevard, Suite 840
      Chicago, Illinois 60604

**PLEASE TAKE NOTICE** that I electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Defendant City of Chicago's Agreed Motion to Extend the Time in Which to Answer or Otherwise Plead to Plaintiff's Complaint, a copy of which is hereby served upon you.

**PLEASE TAKE FURTHER NOTICE** that I will appear before the Honorable Judge Shadur or before such other Judge or Magistrate Judge sitting in his stead, on the 19th day of February, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

**DATED** at Chicago, Illinois, this 13th day of January 2008.

Respectfully submitted,

/s/ Déja C. Nave
DÉJA C. NAVE
Assistant Corporation Counsel

30 N. LaSalle Street
Suite 1020
Chicago, IL 60602
(312) 744-6951
Attorney No. 6275583