UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JERROD SHY, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 327 |
| vs. | ) | |
| | ) | |
| CITY OF CHICAGO, ILLINOIS, and | ) | JUDGE SHADUR |
| CHICAGO POLICE OFFICER | ) | MAGISTRATE JUDGE NOLAN |
| B. T. TOPCZEWSKI, Star No. 3691, and | ) | |
| CHICAGO POLICE OFFICER | ) | |
| J. W. BELCHER, Star No. 11304, | ) | |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

### NOTICE OF FILING AND CERTIFICATE OF SERVICE

**PLEASE TAKE NOTICE** that on this 10th day of March, 2008, I have caused to be e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT CITY OF CHICAGO'S ANSWER, DEFENSES AND JURY DEMAND TO PLAINTIFF'S COMPLAINT**, a copy of which is attached hereto.

Respectfully submitted,

MARA S. GEORGES
Corporation Counsel
for the City of Chicago

By:   /s/ Déja C. Nave
DÉJA C. NAVE
Assistant Corporation Counsel

30 N. LaSalle St., Suite 1020
Chicago, Illinois 60602
(312) 744-9653

### CERTIFICATE OF SERVICE

I hereby certify that I have caused the Defendant City of Chicago's Answer, Defenses and Jury Demand to Plaintiff's Complaint to be served electronically upon all represented parties via the CM/ECF filing system this 10th day of March, 2008.

/s/ Déja C. Nave