MHN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
APR 29 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| JERROD Shy, | ) |
| Plaintiff, | ) ) ) ) |
| vs. | ) NO. 08 C 327 |
| CITY OF CHICAGO, ILLINOIS, and CHICAGO POLICE OFFICER B.T. TOPCZEWSKI, Star No. 3691, and CHICAGO POLICE OFFICER J.W. BELCHER, Star No. 11304, | ) JUDGE SHADUR ) ) MAGISTRATE JUDGE NOLAN ) ) |
| Defendants. | ) |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

_____
Jeffrey B. Granich
Attorney for Plaintiff, Jerrod Shy
Law Offices of Jeffrey B. Granich
53 W. Jackson, Suite 840
Chicago, Illinois 60604
(312) 939-9009

DATE: 4/18/08

_____
Thomas J. Platt
Chief Assistant Corporation Counsel
Attorney for defendants,
Bryan Topoczewski and Jesse Belcher
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-4933
Attorney No. 06181260
DATE: April 22, 2008

Respectfully submitted,
CITY OF CHICAGO a Municipal
Corporation

MARA S. GEORGES
Corporation Counsel
Attorney for City of Chicago

BY: _____
Deja C. Nave
Assistant Corporation Counsel
30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-6951

Attorney No. 6275583
DATE: April 22, 2008

7