MHN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JERROLD SHY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO. 08 C 327 |
| ) | |
| CITY OF CHICAGO, ILLINOIS, and CHICAGO ) | JUDGE SHADUR |
| POLICE OFFICER B.T. TOPCZEWSKI, Star No. ) | |
| 3691, and CHICAGO POLICE OFFICER J.W. ) | MAGISTRATE JUDGE NOLAN |
| BELCHER, Star No. 11304, ) | |
| ) | |
| Defendants. ) | |

## AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, plaintiff, Jerrod Shy, by one of his attorneys, Jeffrey B. Granich, and defendants, Bryan Topoczewski and Jesse Belcher, by their attorney, Thomas J. Platt, and defendant City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of plaintiff, Jerrod Shy, against defendants, City of Chicago, Bryan Topoczewski and Jesse Belcher, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

Thomas J. Platt
Assistant Corporation Counsel
30 North LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 744-4833
Attorney No. 06181260

ENTER: _____
Milton I. Shadur
United States District Judge

DATED: April 28, 2008

6