AO 450(Rev. 5/85)Judgment in a Civil Case

*MHW*

# United States District Court
## Northern District of Illinois
### Eastern Division

Jerrold Shy

**JUDGMENT IN A CIVIL CASE**

v.

Case Number: 08 C 327

City of Chicago, et al

☐   Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐   Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that final judgment is entered dismissing this action with prejudice pursuant to Fed. R. Civ. P. 58.

Michael W. Dobbins, Clerk of Court

Date: 4/29/2008

/s/ Sandy Newland, Deputy Clerk